AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
Northern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  5:26-CR-95 (GTS) |
| DELOS THURSTON | ) | |
| | ) | |
| _Defendant_ | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:  4-7-26

_Defendant's signature_

_Signature of defendant's attorney_

Melissa Swartz-Bragg
_Printed name of defendant's attorney_

_Judge's signature_

Hon. Glenn T. Suddaby, Senior U.S. District Judge
_Judge's printed name and title_